No. 80–5537. JONES *v.* CIVILETTI, ATTORNEY GENERAL, ET AL., *ante,* p. 1019;

No. 80–5539. GRINAN *v.* GIEGOLD, *ante,* p. 1019; and

No. 80–5561. HANCE *v.* GEORGIA, *ante,* p. 1067. Petitions for rehearing denied.

No. 79–6542. O'HERN *v.* CHICAGO TYPOGRAPHICAL UNION No. 16 ET AL., *ante,* p. 849. Motion for leave to file petition for rehearing denied.

FEBRUARY 10, 1981

No. 79–1587. A/S IVARANS REDERI *v.* JOHNSON. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 53.